UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:23-cv-21137-KMM

ROCELE ORCHIER,

      Plaintiff,

v.

NCL BAHAMAS LTD d/b/a
NORWEGIAN CRUISE LINE, a
Foreign Profit Company,

      Defendant.

_____/

## AMENDED COMPLAINT FOR DAMAGES

**COMES NOW,** the Plaintiff, ROCELE ORCHIER, by and through the undersigned attorney, and sues the Defendant, NCL BAHAMAS LTD D/B/A NORWEGIAN CRUISE LINE (USA) LLC., a Foreign Limited Liability Company, (hereinafter referred to as "NCL BAHAMAS LTD D/B/A NORWEGIAN CRUISE LINE"), and alleges as follows:

1.     That this is a cause of action for damages in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs, interest and attorney's fees.

2.     At all times material hereto, the Plaintiff, ROCELE ORCHIER, (hereinafter referred to as "Plaintiff"), is a citizen of Florida, with a residential address of 3300 NE 36th Street, Apartment 1614, Fort Lauderdale, FL 33308.

3.     At all times material hereto, the Defendant NCL BAHAMAS LTD D/B/A NORWEGIAN CRUISE LINE, S.A., (hereinafter referred to as "NCL BAHAMAS LTD D/B/A NORWEGIAN CRUISE LINE"), is a company with Citizenship in Bermuda and registered to do

business in Florida with a Principal address of 7665 Corporate Center Drive, Miami, Florida 33126.

<u>**VENUE AND PERSONAL JURISDICTION**</u>

4.      That on or about December 9, 2022, the Defendant, NCL, was a foreign corporation from Bermuda registered to do business in the State of Florida and maintained a permanent office for the transaction of business in Miami, Florida.

5.      At all times material hereto, the Defendant, NCL, was engaged in substantial and not isolated activity within this state, including, but not limited to offering cruise packages departing out of Miami, FL, including the subject cruise package.

6.      Venue is proper in the Southern District of Florida, and the Defendant, NCL's, passenger ticket contains a forum selection clause, which requires any action to be brought exclusively in the United States District Court for the Southern District of Florida located in Miami-Dade County, Florida.

7.      Plaintiff has complied with all pre-suit requirements of the passenger ticket contract by providing NCL with a written detailed description of the circumstances of the incident that is the subject of this lawsuit in a letter dated March 31, 2022, mailed to NCL at NCL's principal place of business.

8.      On or about December 9, 2021, the Defendant, NCL, owned, operated, managed, supervised and controlled the ocean-going passenger vessel known as the *Norwegian Prima.*

9.      On or about December 9, 2021, the Plaintiff was a fare-paying passenger aboard the *Norwegian Prima,* during a planned vacation.

10.      While aboard the *Norwegian Prima* on December 30, 2021, the Plaintiff was walking down two steps after eating at the sushi restaurant aboard the ship, when Plaintiff's foot

got stuck in a dirty, sticky liquid and/or some other foreign transitory substance on the floor and fell to the ground.

10.     The Defendant, NCL, and/or their employees, agents, and/or apparent agents failed to use reasonable care to inspect, maintain, and/or repair the furnishings aboard *the Norwegian Encore* in a reasonably safe condition for its guests and/or fare-paying passengers.

11.     Furthermore, NCL, knew or should have known that this particular pathway would be frequented by passengers of the ship and should have used reasonable care to maintain the area in a condition that is reasonably safe for its intended use and free from defects that present an unreasonable risk of harm.

### COUNT I
### NEGLIGENCE OF NCL BAHAMAS LTD D/B/A NORWEGIAN CRUISE LINE

Plaintiff incorporates paragraphs 1 through 11 as if fully set-forth and alleges as follows:

12.     NCL BAHAMAS LTD D/B/A NORWEGIAN CRUISE LINE owed a duty to its passengers, including ROCELE ORCHIER, to use reasonable care under the circumstances, and specifically to design, inspect, maintain, upkeep and/or clean the subject area of the *MSC Seashore,* in a reasonable and safe manner.

13.     NCL BAHAMAS LTD D/B/A NORWEGIAN CRUISE LINE breached its duty of care to ROCELE ORCHIER and was negligent and careless in at least the following ways:

  a.     Failing to provide safe floors aboard the vessel, including by allowing a dirty and sticky liquid and/or some other transitory substance to remain on the floor in the area near the stairs;

  b.     Failing to properly inspect and/or maintain the subject area by having crew personnel use reasonable care to clean and/or keep the subject area free of hazards;

    c.     Failing to provide warning signs to passengers about the dangerous condition created by the dirty, sticky liquid and/or some other transitory substance on the floor;

    d.     Failing to properly maintain and keep the subject area in a reasonably safe condition for its passengers;

    e.     Failing to properly monitor the subject area for safety;

    f.     Creating the dangerous condition of the subject area;

    g.     Failure to use due care in maintaining the subject area;

    h.     Failing to warn ROCELE ORCHIER and other passengers of the hazardous and/or dangerous condition on the subject floor when NCL BAHAMAS LTD D/B/A NORWEGIAN CRUISE LINE knew or should have known of the hazardous and/or dangerous condition;

    i.     Failing to remedy the dangerous and/or hazardous condition of which NCL BAHAMAS LTD D/B/A NORWEGIAN CRUISE LINE knew or should have known;

    j.     Failing to discover the dangerous and/or hazardous condition of the subject area in a timely manner;

    k.     Failing to develop, maintain, and utilize reasonable and proper safety policies, procedures and/or protocols to detect dangerous conditions of the subject area;

    l.     Failing to develop, maintain, and/or utilize reasonable and proper safety procedures and/or protocols for inspecting, maintaining, and/or cleaning the floors while passengers are aboard;

m.   Failing to properly train and instruct its agents, employees, staff, and/or crewmembers to inspect, detect, maintain, report, and/or remedy hazardous conditions on the subject area;

n.   Failing to properly train and instruct agents, employees, staff, and/or crewmembers with regards to maintaining high traffic areas free from defects rendering it dangerous and/or of warning its passengers of existing dangerous conditions on its floors;

o.   Failing to use appropriate slip resistant flooring on the deck; and

p.   Failing to use reasonable care under the circumstances.

15.   As a direct result of her injury, the Plaintiff has been forced to incur substantial medical bills; has suffered severe physical pain, mental suffering and anguish; has suffered permanent injury; has been prevented in the future and will be hindered from attending to her business and personal affairs.

16.   As a direct result of the Defendant, NCL BAHAMAS LTD D/B/A NORWEGIAN CRUISE LINE's, negligence, the Plaintiff suffered losses, including but not limited to, bodily injury and resulting pain and suffering, disability disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, activation, aggravation, and/or acceleration of pre-existing injury, loss of earnings and loss of ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, ROCELE ORCHIER, demands judgment for damages against the Defendant, NCL BAHAMAS LTD D/B/A NORWEGIAN CRUISE LINE, in excess

of the minimal jurisdictional limits of this Court, as well as pre-judgment and post-judgment interest, costs in bringing this action, and demands trial by jury on all issues so triable.

## DEMAND FOR JURY TRIAL

The Plaintiff, ROCELE ORCHIER, in the above-styled action, hereby demands a trial by jury on all of the issues so triable.

**DATED** this 26th day of April 2023.

*Counsel for Plaintiff*
/s/  Mark Lopez-Trigo, Esq.
Mark Lopez-Trigo, Esq.
Fla. Bar No. 1018627
GOLDBERG & ROSEN, P.A.

## SERVICE LIST

| *Counsel for Defendant* | *Counsel for Plaintiff* |
|---|---|
| | **Mark Lopez-Trigo, Esq.**<br>Fla. Bar No. 1018627<br>GOLDBERG & ROSEN, P.A.<br>2 S Biscayne Blvd, Suite 3650<br>Miami, Florida 33131<br>Tel: 305-374-4200<br>Fax: 305-374-8024<br>pleadings@goldbergandrosen.com<br>mark@goldbergandrosen.com |